UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| PERLETHA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV1497 RWS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# MEMORANDUM AND ORDER

This is an action under 42 U.S.C. § 405(g) for judicial review of the final decision of Michael J. Astrue, the Commissioner of Social Security, denying Perletha Williams' application for Supplemental Security Income benefits under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381-1383b. Currently pending is Defendant's Motion to Reverse and Remand with Suggestions in Support [#19]. Plaintiff has filed a Response to Defendant's Motion to Remand [#20].

This matter was referred to United States Magistrate Judge Lewis M. Blanton, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b). Judge Blanton's Report and Recommendation recommends that Defendant's Motion to Reverse and Remand with Suggestions in Support [#19] be granted and

that the decision of the Commissioner be reversed and the case be remanded for further proceedings.

I agree with Judge Blanton's recommendation. Therefore, I adopt the Report and Recommendation of Judge Blanton.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand with Suggestions in Support [#19] is **GRANTED.**

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED** and that this case is **REMANDED** for further proceedings as set forth in Judge Blanton's Report and Recommendation.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of July, 2007.